# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00283-CV

**In re Bo Dresner**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of the trial court's failure to rule on or refer to the regional presiding judge relator's May 5, 2023, motion to recuse. Although mandamus relief is generally available when the trial court has failed to rule within a reasonable length of time on a properly filed motion brought to the trial court's attention, a delay of less than three months is not unreasonable. *See In re Whitfield*, No. 03-18-00564-CV, 2018 WL 4140735, at *1 (Tex. App.—Austin Aug. 29, 2018, orig. proceeding). Accordingly, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

Edward Smith, Justice

Before Justices Baker, Smith, and Theofanis

Filed: July 13, 2023